PEOPLE v JAMES. Appeal from Macomb, Alton H. Noe, J. Submitted Division 2 December 14, 1971, at Lansing. (Docket No. 10109.) Decided January 27, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *George N. Parris*, Prosecuting Attorney, *Thaddeus F. Hamera*, Chief Appellate Lawyer, and *Don L. Milbourn*, Assistant Prosecuting Attorney, for the people.

*Towner, Rosin & York,* for defendant on appeal.

Before: QUINN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant was convicted by a jury of extortion, MCLA 750.213; MSA 28.410. He was sentenced and he appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.